Department of Homeland Security

U.S. Citizenship and Immigration Services

**Petition for Name Change**

### (NAME OF COURT)

As part of the naturalization process, you have the opportunity to legally change your name. Please complete lines 1 – 8. (Type or print clearly).

My full and correct name (current name):

1.        RAISA                VLADIMIROVNA            SABELNIKOVA
          (FIRST)              (MIDDLE)                (LAST)

2. Address:    11 Gleckler Road          Portland, ME              04103
               (Number/Street)           (City/State)              (Zip Code)

3. Country of Nationality:      Russia          4. Date of Birth:      02/06/1972
                                                                      (MM/DD/YYYY)

5. Alien Registration Card (Green Card) Number:  A 089 222 175

6. I certify that I am not seeking a change of name for any unlawful purpose such as the avoidance of debt or evasion of law enforcement.

7. I petition the court to change my name to:

          RAISA                VLADIMIROVNA            PELLETIER
          (FIRST)              (MIDDLE)                (LAST)

8. Date:    12/5/2012                  ╳                          
                                       Signature of Petitioner, (current name)

---

**CERTIFICATION OF NAME CHANGE**

I CERTIFY THAT THE ABOVE PETITION WAS GRANTED BY THE COURT ON _____ 04/12/2013
                                                                   (MM/DD/YYYY)

    CHRISTA K. BERRY
        (Clerk)

                                                A TRUE COPY
                                                ATTEST: Christa K. Berry, Clerk

    _DrHarris_                                  By _____
    (Deputy Clerk)                                        Deputy Clerk

                        **IMPORTANT INFORMATION**

---

Your copy of this petition, along with your Certificate of Naturalization, which you will receive upon taking the oath of allegiance, will verify that you elected to change your name. Your Certificate of Naturalization bears your new name as changed per Order of the Court.

Form N-XXX (2011)